### Chester R. SMITH and Janice E. Smith, Appellants,

v.

### PUBLIC WATER SUPPLY DISTRICT, et al., Respondents.

### No. WD 63560.

Missouri Court of Appeals,
Western District.

May 3, 2005.

Bruce B. Brown, Kearney, MO, for appellants.

George E. Proctor, Jr., Liberty, MO, for respondents.

Before HOLLIGER, P.J., BRECKENRIDGE and ELLIS, JJ.

#### *ORDER*

PER CURIAM:

Chester Smith and Janice Smith appeal the trial court's judgment in favor of Public Water Supply District #1 on the Smiths' two-count petition for conversion and a writ of mandamus. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).